IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGG LAWRENCE HAYWOOD, SR., <br><br> Defendant. | CR 21-40-BLG-SPW <br><br> ORDER |

Upon the request of the U.S. Marshals Service,

IT IS HEREBY ORDERED that the change of plea hearing set for Wednesday, December 8, 2021 at 2:30 p.m. is **VACATED** and **RESET** for **Wednesday, December 8, 2021 at 3:00 p.m., changing the time of the hearing only.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of December, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1