# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **GREGG LAWRENCE HAYWOOD, SR.,** <br><br> Defendant. | **CR 21-40-BLG-SPW** <br><br><br><br> **FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 37). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on December 16, 2021 (Doc. 35);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.     There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

IT IS THEREFORE ORDERED that:

1.     The motion for final order of forfeiture (Doc. 37) is GRANTED.

2.     Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- an Iberia Firearms, model JCP, semi-automatic pistol CAL: 40 (SN: X730084); and
- 9 rounds of Winchester ammunition CAL: 40.

3.     The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 8th day of March, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge